UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| **JANICE BOLIN,** ) | |
| ) | Case No.: 3:17-CV-217-DJH |
| Plaintiff, ) | |
| ) | **COMPLAINT AND DEMAND** |
| v. ) | **FOR JURY TRIAL** |
| ) | |
| **PORTFOLIO** ) | |
| **RECOVERY ASSOCIATES, LLC,** ) | **(Unlawful Debt Collections** |
| ) | **Practices)** |
| Defendant. ) | |

## COMPLAINT

JANICE BOLIN ("Plaintiff"), by and through her attorneys, KIMMEL & SILVERMAN, P.C., alleges the following against PORTFOLIO RECOVERY ASSOCIATES, LLC ("Defendant"):

### INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 *et seq.*

### JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to 15 U.S.C. §1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and 28

U.S.C. §1331 grants this court original jurisdiction of all civil actions arising under the laws of the United States.

3. Defendant conducts business in the Commonwealth of Kentucky, and as such, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. §1391 (b)(2).

## PARTIES

5. Plaintiff is a natural person residing in Louisville, Kentucky 40203.

6. Plaintiff is a "consumer" as that term is defined by 15 U.S.C. §1692 a(3).

7. Defendant is a national debt collection company with its corporate headquarters located at 120 Corporate Boulevard, Norfolk, Virginia 23502.

8. Defendant collects, and attempts to collect, consumer debts incurred, or alleged to have been incurred, for personal, family or household purposes on behalf of creditors and debt buyers using the U.S. Mail, telephone and/or internet.

9. Defendant is a "debt collector" as that term is defined by 15 U.S.C. §1692 a(6), and sought to collect a debt from Plaintiff.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11.  Defendant was attempting to collect an alleged store credit card debt that was primarily incurred for personal, family or household purposes.

12.  Beginning in or around May 2016 and continuing thereafter through January 2017, Defendant contacted Plaintiff by calling her cellular telephone and landline telephone repeatedly and continuously in its attempts to collect the alleged debt.

13.  Defendant has placed telephone calls to Plaintiff from the phone number (323) 316-2429. The undersigned has confirmed that these phone numbers belong to Defendant.

14.  Desiring to stop these repeated calls, Plaintiff spoke to Defendant shortly after calls began in or around May and requested that Defendant stop

15.  Defendant heard and acknowledged her request to stop calling by responding that they needed to continue to collect this debt.

16.  Once Defendant was notified that the calls were unwanted and to stop, there was no lawful purpose to making additional calls, nor was there any good faith reason to place calls.

17.  Further, any continued calls could only have been for the purpose of harassing Plaintiff.

18. However, Defendant's collectors have ignored Plaintiff's requests to stop calling and continued to call Plaintiff multiple times daily through January 2017.

## COUNT I
## DEFENDANT VIOLATED §§1692d and d(5) OF THE FDCPA

19. A debt collector violates §1692 (d) of the FDCPA by engaging in conduct the natural consequence is to harass, oppress, or abuse any person in connection with the collection of a debt.

20. A debt collector violates §1692 (d)(5) of the FDCPA by causing a telephone to ring or engaging any person in telephone conversation repeatedly or continuously with the intent to annoy, abuse or harass any person at the called number.

21. Defendant violated these sections when it placed repeated and harassing telephone calls to Plaintiff's cellular and landline telephone, and continuing to call knowing its calls were unwanted.

WHEREFORE, Plaintiff, JANICE BOLIN, respectfully prays for judgment as follows:

    a. All actual damages suffered by Plaintiff pursuant to 15 U.S.C. §1692 (k)(a)(1);

    b. Statutory damages of $1,000.00 for the violation of the FDCPA pursuant to 15 U.S.C. §1692 (k)(a)(2)(A);

    c. All reasonable attorneys' fees, witness fees, court courts and other litigation expenses incurred by Plaintiff pursuant to 15 U.S.C. §1693 (k)(a)(3);

    d. Any other relief deemed appropriate by this Honorable Court.

### DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, JANICE BOLIN, demands a jury trial in this case.

Respectfully submitted,

Dated: April 7, 2017

By: /s/ Joseph C. Hoeffel
Joseph C. Hoeffel
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (877) 788-2864
Email: jhoeffel@creditlaw.com