UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

JANICE BOLIN,     Plaintiff,

v.     Civil Action No. 3:17-cv-217-DJH-DW

PORTFOLIO RECOVERY ASSOCIATES, LLC,     Defendant.

\* \* \* \* \*

### ORDER

The parties have filed a stipulation of dismissal with prejudice signed by all parties who have appeared. (Docket No. 15) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is **STRICKEN** from the Court's active docket. All dates and deadlines set in this matter are **VACATED**.

June 27, 2017

**David J. Hale, Judge
United States District Court**

1